UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
JAY AND NANCY KRIGER ,

        Plaintiffs,

                                                  **1:13-cv-04685-RRM-SMG**

        v.

ADMIN RECOVERY LLC,

        Defendants.
---------------------------------------------------------------------x

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as the Defendant have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members.

Dated:  Brooklyn, New York      Respectfully submitted,
        February 7, 2013

                                            LAW OFFICES OF DAVID PALACE

                                            By: /s/ David Palace
                                            383 Kingston Ave, #113
                                            Brooklyn, NY 11213
                                            Tel: (347) 651-1077
                                            Fax: (347) 464-0012

                                            *Attorneys for Plaintiff*